The document below is hereby signed.

Signed: September 14, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
LARRY T. JORDAN,               )     Case No. 09-00770
                               )     (Chapter 7)
                Debtor.        )     **Not for Publication in**
                               )     **West's Bankruptcy Reporter**

MEMORANDUM DECISION AND ORDER GRANTING
<u>APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE</u>

The debtor has filed an application for waiver of the
chapter 7 filing fee (Dkt. No. 2).  For reasons explained in more
detail below, the court will grant the debtor's application.

Pursuant to 28 U.S.C. § 1930 as amended by § 418 of the
Bankruptcy Abuse Prevention & Consumer Protection Act of 2005,
Pub. L. 109-8 (effective October 17, 2005), this court

> may waive the filing fee in a case under
> chapter 7 of title 11 for an individual if
> the court determines that such individual has
> income less than 150 percent of the income
> official poverty line . . . applicable to a
> family of the size involved and is unable to
> pay that fee in installments.

28 U.S.C. § 1930(f)(1).

The debtor's application reflects that he is from a one-

person household and that he currently has a combined monthly

income of $1,151.00 or $13,812.00 per annum.  This figure is less

than 150% of the applicable poverty guideline figure maintained

by the Department of Health and Human Services for a one-person

household living in the District of Columbia, as required for

waiver.[1]

   To qualify for waiver of the filing fee, the debtor must

also demonstrate that he is unable to pay the fee in

installments.  According to the debtor's application, the debtor

has current expenses of $1,277.00, leaving the debtor without any

monthly disposable income.  Accordingly, the court finds that the

debtor is unable to pay the fee in installments.  It is thus

   ORDERED that the debtor's application for waiver of the

chapter 7 filing fee (Dkt. No. 2) is GRANTED.

                                        [Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Chapter 7 Trustee; Office

of United States Trustee.

---

   [1]  Section 1930(f) specifies that the "official poverty
line" figures used for purposes of the chapter 7 fee waiver refer
to those "defined by the Office of Management and Budget ["OMB"],
and revised annually in accordance with [§] 673(2) of the Omnibus
Reconciliation Act of 1981 . . . ."  The Judicial Conference of
the United States interprets this language to refer to the
poverty guidelines maintained annually by the U.S. Department of
Health and Human Services ("HHS") because the OMB has never
issued poverty guidelines or thresholds.  Under the 2009 HHS
guidelines, the poverty line for a one-person family living in
the District of Columbia is $10,830.00 per year, making 150% of
the applicable poverty line $16,245.00.  The debtor's stated
income is below this threshold.